IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT L. TATUM,

        Plaintiff,

v.

DENNIS CIMPL, CHRISTINE CHARETTE, KELLY DEFORT, DONNA LENDOWSKI, JACKELINE MALONE, LEPOSAVA MUNNS, KATHY NELSON, KAREN PALIS, TAMMY SYLVESTER, LISA WENINGER, PATRICIA CURLEY, "JOHN" HIGGINBOTHAM, DIANE FREMGREN, JEFFREY KREMERS, SUSAN "B.", ALAN WHITE, SUSAN RAIMER, FRANK REMINGTON, CARLOS ESQUEDA, WILLIAM CONLEY, PETER OPPENEER, "M." HARDIN, and LINDA MUHAMMAD,

        Defendants.

ORDER

14-cv-690-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 10th day of February, 2016.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge