## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT TATUM, and all similarly situated
DOC/CCI Inmates,

                                                    JUDGMENT IN A CIVIL CASE

     Plaintiff,                                         14-cv-690-jdp

v.

DENNIS CIMPL, CHRISTINE CHARETTE,
KELLY DEFORT, DONNA LENDOWSKI,
JACKELINE MALONE, LEPOSAVA MUNNS,
KATHY NELSON, KAREN PALIS, TAMMY
SYLVESTER, LISA WENINGER, PATRICIA
CURLEY, "JOHN" HIGGINBOTHAM, DIANE
FREMGREN, JEFFREY KREMERS, SUSAN
"B.", ALAN WHITE, SUSAN RAIMER,
FRANK REMINGTON, CARLOS ESQUEDA,
WILLIAM CONLEY, PETER OPPENEER,
"M." HARDIN, and LINDA MUHAMMAD,

     Defendants.

     This action came for consideration before the court with District Judge
James D. Peterson presiding.  The issues have been considered and a decision has been
rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants denying plaintiff Robert Tatum leave to proceed and dismissing this case for

failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983.

| /s/ | 2/12/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |