IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT TATUM, and all similarly situated
DOC/CCI Inmates,

      Plaintiff,

 v.

DENNIS CIMPL, CHRISTINE CHARETTE,
KELLY DEFORT, DONNA LENDOWSKI,
JACKELINE MALONE, LEPOSAVA MUNNS,   ORDER
KATHY NELSON, KAREN PALIS,
TAMMY SYLVESTER, LISA WENINGER,    14-cv-690-jdp
PATRICIA CURLEY, "JOHN" HIGGINBOTHAM,
DIANE FREMGREN, JEFFREY KREMERS,
SUSAN "B.", ALAN WHITE, SUSAN RAIMER,
FRANK REMINGTON, CARLOS ESQUEDA,
WILLIAM CONLEY, PETER OPPENEER,
"M." HARDIN, and LINDA MUHAMMAD,

      Defendants.

---

  Plaintiff Robert Tatum, a prisoner at the Wisconsin Secure Program Facility, brought this proposed civil class action alleging that defendants, mostly judges and court employees, violated his First, Fifth, Sixth, Seventh, and Fourteenth Amendment rights in various ways during his criminal proceedings and civil actions. In a February 12, 2016, order, I dismissed the case for Tatum's failure to state a claim upon which relief could be granted. Dkt. 9. I concluded that Tatum's claims against judges and related court employees were barred by absolute judicial immunity, that his claims against various court reporters were barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), because they would call his conviction into question, and his claim against his mother for taking part in a wide-ranging conspiracy to deprive him of his rights was implausible. *Id*.

Tatum filed a motion a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e), Dkt. 11, which I denied in a July 21, 2016, order, Dkt. 13. I construed Tatum's motion as including a motion for my recusal, which I also denied. *Id*. at 2.

Now Tatum has filed a motion for reconsideration of the July 21 order, Dkt. 14, along with a motion for my recusal, Dkt. 15. I will deny both of these motions. Nothing in either motion persuades me that I was incorrect in dismissing the case, denying Tatum's motion to vacate the judgment, or refusing to recuse myself.

ORDER

IT IS ORDERED that:

1. Plaintiff Robert Tatum's motion for reconsideration of the court's July 21, 2016, order, Dkt. 14, is DENIED.

2. Plaintiff's motion for my recusal, Dkt. 15, is DENIED.

Entered November 14, 2016.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge