IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT L. TATUM,

    Plaintiff,

v.

DENNIS CIMPL, et al.

    Defendants.

ORDER

14-cv-690-jdp
App. No. 16-3974

Plaintiff Robert L. Tatum has filed a notice of appeal in this case. To date, however, plaintiff has not paid the appellate docketing fee. Although plaintiff requests leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's request at this time.

ORDER

IT IS ORDERED that plaintiff Robert L. Tatum may have until December 13, 2016 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 28th day of November, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge